UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
AUG 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CHARLES BETHEL**

INDICTMENT

NO. 3:22-CR-90-DJH

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Possession with Intent to Distribute Methamphetamine*)

On or about and between February 15, 2022, and August 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHARLES BETHEL**, knowingly and intentionally possessed with the intent to distribute and distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Fentanyl)*

On or about February 15, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHARLES BETHEL**, knowingly and intentionally possessed with the intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about February 15, 2022, in the Western District of Kentucky, Jefferson, Kentucky, the defendant, **CHARLES BETHEL**, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, model Judge, .45 caliber revolver, bearing serial number ABM273339, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about August 17, 2020, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-0167, **CHARLES BETHEL**, was convicted of the offense of Possession of a Controlled Substance 1st Degree – Heroin;

On or about May 9, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-2738, **CHARLES BETHEL**, was convicted of the offenses of Possession of a Controlled Substance, 1st Degree, 1st Offense – Heroin, Trafficking in a Controlled Substance 1st Degree, 1st Offense (Less than 4 grams Cocaine), Trafficking in a Controlled Substance, 1st Degree, 1st Offense (Less than 2 grams Methamphetamine), Convicted Felon in Possession of a Firearm, and Complicity to Receiving Stolen Property (Firearm);

On or about August 1, 2011, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 10-CR-1249, **CHARLES BETHEL**, was convicted of the offenses of Trafficking in a Controlled Substance 1st Degree, 1st Offense - Cocaine (3 counts) and Convicted Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

### COUNT 4
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about February 15, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHARLES BETHEL**, knowingly possessed a firearm, that is, a Taurus, model Judge, .45 caliber revolver, bearing serial number ABM273339, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **CHARLES BETHEL**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment, including, but not limited to, a Taurus, model Judge, .45 caliber revolver, bearing serial number ABM273339, ammunition, and $3,880 in United States currency.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **CHARLES BETHEL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Taurus, model Judge, .45 caliber revolver, bearing serial number ABM273339, and ammunition.

A TRUE BILL.

_____

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED08172022

UNITED STATES OF AMERICA v. **CHARLES BETHEL**

## PENALTIES

Count 1: NL 10 yrs/NM Life./NM $10,000,000/both/NL 5 yrs Supervised Release
(NL 15 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction))
(NL 25 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying conviction))
Count 2: NL 5 yrs/NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release(NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions))
Count 3: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 4: NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY 40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY 42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY 42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY 42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.